# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:25-mj-00337 |
| ALVARO CARRILLO | ) | |
| | ) | **SEALED** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 11, 2025** in the county of **Marion** in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1),(b) | Assaulting a Federal Officer, Dangerous Weapon |

This criminal complaint is based on these facts:

See Affidavit of HSI SA Julie Peay attached hereto and incorporated by reference

☑ Continued on the attached sheet.

_Via telephone_
Complainant's signature

Julie Peay
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **5:51 pm** a.m./p.m.

Date: November 12, 2025

*Youlee Yim You*
*Judge's signature*

City and state:　Portland, Oregon　　Hon. Magistrate Judge Youlee Yim You
*Printed name and title*